Opinion filed March 12, 2015



In The

# Eleventh Court of Appeals

_____

## No. 11-15-00021-CV

_____

**JUDITH CAPERTON, Appellant**

**V.**

**SERENITY FOUNDATION OF TEXAS D/B/A SERENITY HOUSE, MONICA MONTEZ, AND BRIAN HUDSPETH, Appellees**

**On Appeal from the 350th District Court**

**Taylor County, Texas**

**Trial Court Cause No. 10011-D**

## M E M O R A N D U M   O P I N I O N

On February 16, 2015, Judith Caperton filed in this court an untimely notice of appeal. We notified Appellant that it appeared to this court that the notice of appeal was untimely filed, and we requested that Appellant respond and show grounds to continue the appeal. Appellant filed a response as requested. However,

in her response, Appellant does not show grounds upon which this court can continue the appeal.[1]

The documents on file in this case show that, on September 19, 2014, the trial court signed an order dismissing Appellant's claims against Appellees. That order became final on October 1, 2014, when the trial court signed an order that severed Caperton's claims against Appellees from her claims against another defendant. The September 19 order became final and appealable on October 1 when it was severed. Appellant timely filed a motion for new trial on October 20. *See* TEX. R. CIV. P. 329b(a). The notice of appeal was therefore due to be filed within ninety days after the severance order was signed, which would have been December 30, 2014. *See* TEX. R. APP. P. 26.1. Appellant's notice of appeal was filed in the trial court on February 16, 2015—138 days after the severance order was signed and well after the deadline for filing a notice of appeal or a motion for an extension of time to file a notice of appeal. *See* TEX. R. APP. P. 26.3. Absent a timely notice of appeal, this court is without jurisdiction to consider this appeal. *See Wilkins v. Methodist Health Care Sys.*, 160 S.W.3d 559, 564 (Tex. 2005); *Garza v. Hibernia Nat'l Bank*, 227 S.W.3d 233 (Tex. App.—Houston [1st Dist.] 2007, no pet.); *see also Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997). Because we are without jurisdiction, we dismiss the appeal. *See* TEX. R. APP. P. 42.3(a).

This appeal is dismissed for want of jurisdiction.


March 12, 2015                                          PER CURIAM

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.

---

[1]Appellant explained the reason for the delay in filing the notice of appeal. However, this court is not permitted to "alter the time for perfecting an appeal in a civil case." TEX. R. APP. P. 2. We also note that courts "may not enlarge the period for taking any action under the rules relating to new trials except as stated in these rules." TEX. R. CIV. P. 5.